CR 12 (Rev. 5/03)                               WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>KEVIN LNU | DOCKET NO.<br>12 CRIM 934 | MAGISTRATE'S CASE NO |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>KEVIN LNU<br>TRUE NAME: SHU FENG XIA | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY   New York, New York | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy to Commit Immigration Fraud

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 18 2012

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371 |
|---|---|---|
| | BAIL   OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>12/12 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>Christopher Vegroff<br>Special Agent | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>12/18/2012 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.