UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                :

UNITED STATES OF AMERICA,      :          12 Cr. 934 (RA)
                                           :          <u>Electronically Filed</u>

          – against –                    :
                                           :          NOTICE OF APPEARANCE
                                           :          AND REQUEST FOR
      KEVIN LNU,                     :          ELECTRONIC NOTIFICATION
             Defendant.               :
                                           :
-------------------------------------------------------x

       Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of SHU FENG XIA (a/k/a "KEVIN LNU") and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

       I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated:  New York, New York
           January 7, 2013

                                                      Respectfully submitted,

                                                      /s/Joshua L. Dratel
                                                    Joshua L. Dratel
                                                    JOSHUA L. DRATEL, P.C.
                                                    2 Wall Street, 3rd Floor
                                                    New York, New York 10005
                                                    (212) 732-0707
                                                    JDratel@joshuadratel.com

                                                    *Attorney for Defendant Shu Feng Xia (a/k/a "Kevin LNU")*