```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                            :
UNITED STATES OF AMERICA,                   :       12 Cr. 934 (RA)
                                            :       Electronically Filed
        – against –                         :
                                            :       NOTICE OF APPEARANCE
                                            :       AND REQUEST FOR
    KEVIN LNU,                              :       ELECTRONIC NOTIFICATION
              Defendant.                    :
                                            :
-------------------------------------------------------x
```

Please take notice that Joshua L. Dratel, Esq., hereby appears in this action on behalf of SHU FENG XIA (a/k/a "KEVIN LNU") and respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

I am an attorney in good standing in the State of New York, as well as the United States District Courts for the Southern District of New York.

Dated:  New York, New York
        January 7, 2013

                                            Respectfully submitted,


                                             /s/ Joshua L. Dratel
                                            Joshua L. Dratel
                                            JOSHUA L. DRATEL, P.C.
                                            2 Wall Street, 3rd Floor
                                            New York, New York 10005
                                            (212) 732-0707
                                            JDratel@joshuadratel.com

                                            *Attorney for Defendant Shu Feng Xia (a/k/a "Kevin LNU")*