```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 11 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

No. 12 Cr. 934 (RA)

FENG LING LIU, et al.,

ORDER

Defendants.

-------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

Please be advised that the conference previously scheduled for March 14, 2013 at 10:30 a.m. will now begin at **11:00 a.m.** in Courtroom 1506, 40 Foley Square, New York, NY 10007. If any party or attorney is unable to attend the conference at this time, counsel shall confer and submit a joint letter proposing an alternative date and time.

SO ORDERED.

Dated:    February 11, 2013
          New York, New York

_____
Ronnie Abrams
United States District Judge