UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

FENG LING LIU, et al.,

                               Defendants.
------------------------------------------------------------X

No. 12 Cr. 934 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 11 2013

RONNIE ABRAMS, United States District Judge:

    Please be advised that the conference previously scheduled for March 14, 2013 at 10:30 a.m. will now begin at **11:00 a.m.** in Courtroom 1506, 40 Foley Square, New York, NY 10007. If any party or attorney is unable to attend the conference at this time, counsel shall confer and submit a joint letter proposing an alternative date and time.

SO ORDERED.

Dated:    February 11, 2013
             New York, New York

_____
Ronnie Abrams
United States District Judge