```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :           ECF CASE

      -v.-                          :    NOTICE OF APPEARANCE AND
                                         REQUEST FOR ELECTRONIC
FENG LING LIU,                      :    NOTIFICATION
VANESSA BANDRICH,
FENG LI,                            :    12 Cr. 934 (RA)
SHURAN LIU,
   a/k/a "Harry,"                   :
YUCHANG MIAO,
   a/k/a "David,"                   :
SUNNY YANG,
    a/k/a "Ms. Yang,"               :
WEN TING ZHENG,
GUO QIN MIAO,                       :
   a/k/a "Lillian," and
KEVIN LNU,                          :

            Defendants.             :
- - - - - - - - - - - - - - - - - - x
```

TO: Clerk of Court
    United States District Court
    Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to the appearance of Assistant United States Attorney Harris Fischman and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

by: _____/s/_____
    Robert L. Boone
    Assistant U.S. Attorney
    (212) 637-2208