```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
UNITED STATES OF AMERICA,                     :
                                              :
                                              :        No. 12 Cr. 934 (RA)
            -v-                               :
                                              :        ORDER
FENG LING LIU, et al.,                        :
                                              :
                        Defendants.           :
                                              :
-----------------------------------------------------------X
```

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/13

RONNIE ABRAMS, United States District Judge:

Please be advised that oral argument in this matter will be held on October 17, 2013 at 4:30 p.m. in Courtroom 1506, U.S. Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:     October 10, 2013
           New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge