UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

FENG LING LIU, et al.,

                          Defendants.

------------------------------------------------------------X

No. 12 Cr. 934 (RA)

ORDER

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/13

RONNIE ABRAMS, United States District Judge:

    Please be advised that oral argument in this matter will be held on October 17, 2013 at 4:30 p.m. in Courtroom 1506, U.S. Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated:      October 10, 2013
                New York, New York

                                                Ronnie Abrams
                                               United States District Judge