UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------

United States

                   Plaintiff,

Case No.  12 Cr 934-009 (RA)

       -against-

Liu (Shu Feng Xia aka Kevin
LNU)

              Defendant.
----------------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☑ I have cases pending            ☐ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Joshua L. Dratel
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JLD4037    My State Bar Number is 1795954

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Joshua L. Dratel, P.C.
                    FIRM ADDRESS:  2 Wall Street, New York, New York 10005
                    FIRM TELEPHONE NUMBER:  (212) 732-0707
                    FIRM FAX NUMBER:  (212) 571-3792

NEW FIRM:    FIRM NAME:  Joshua L. Dratel, P.C.
                    FIRM ADDRESS:  29 Broadway, Suite 1412, New York, NY 10006
                    FIRM TELEPHONE NUMBER:  (212) 732-0707
                    FIRM FAX NUMBER:  (212) 571-3792

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge _____.

Dated:  October 30, 2013

ATTORNEY'S SIGNATURE