

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2013

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
United States District Court for the
   Southern District of New York
40 Foley Square
New York, New York 10007

      Re:   **United States of America v. Wen Ting Zheng**
               12 Cr. 934 (RA)

Dear Judge Abrams:

      The Government writes in response to the letter filed by the above-captioned defendant, on October 25, 2013, requesting that the Court order the United States Pretrial Services Office to release the defendant's Chinese passport to the defendant for one week. The Government objects to the defendant's request to obtain her passport for one week, but consents to the defendant being allowed to obtain her passport for a period of 48 hours. The Government has consulted with the Pretrial Services Office regarding the defendant's request and Pretrial Services agrees with the Government's recommendation.

                                             Sincerely,

                                             PREET BHARARA
                                             United States Attorney

Cc: Hugh H. Mo, Esq.          By:   _____
                                                    Robert L. Boone
                                                      Assistant United States Attorney
                                                      Southern District of New York
                                                      (212) 637-2208