

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 7, 2013

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
United States District Court for the
　Southern District of New York
40 Foley Square
New York, New York 10007

　　　　Re:　**United States of America v. Wen Ting Zheng**
　　　　　　**12 Cr. 934 (RA)**

Dear Judge Abrams:

　　The Government writes in response to the letter filed by the above-captioned defendant, on October 25, 2013, requesting that the Court order the United States Pretrial Services Office to release the defendant's Chinese passport to the defendant for one week. The Government objects to the defendant's request to obtain her passport for one week, but consents to the defendant being allowed to obtain her passport for a period of 48 hours. The Government has consulted with the Pretrial Services Office regarding the defendant's request and Pretrial Services agrees with the Government's recommendation.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　PREET BHARARA
　　　　　　　　　　　　　　　　　　United States Attorney

Cc: Hugh H. Mo, Esq.　　　　By:　　　/s/
　　　　　　　　　　　　　　　　　　Robert L. Boone
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Southern District of New York
　　　　　　　　　　　　　　　　　　(212) 637-2208