```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA,

                        -v-

FENG LING LIU,
VANESSA BANDRICH,
FENG LI,
SHURAN LIU, a/k/a "Harry,"
YUCHANG MIAO, a/k/a/ "David,"
SUNNY YANG, a/k/a/ "Ms. Yang,"
WEN TING ZHENG,
QUO QIN MIAO, a/k/a/ "Lillian," and
KEVIN LNU,

                                  Defendants.

----------------------------------------------------------X

No. 12 Cr. 934 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court has been informed that all parties have jointly proposed that the trial previously scheduled for January 6, 2014 be adjourned until March 17, 2014 to accommodate defense counsel who have conflicting trials scheduled. Accordingly, it is hereby:

      ORDERED that trial in this matter shall begin on March 17, 2014. The final pretrial conference shall be held on March 12, 2014 at 2:00 p.m. Pursuant to Rule 9 of the Court's Individual Rules & Practices in Criminal Cases, *in limine* motions shall be filed no later than two (2) weeks prior to the scheduled commencement of trial, and responses shall be filed no later than ten (10) days prior to the scheduled commencement of trial. Proposed voir dire questions, jury instructions and verdict forms shall be filed no later than ten (10) days prior to the scheduled commencement of trial.

IT IS FURTHER ORDERED that to ensure continuity of counsel and allow such counsel reasonable time necessary for effective preparation, time from January 6, 2014 to March 17, 2014 shall be excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). I find that the ends of justice served by excluding such time outweigh the interests of the public and the defendants in a speedy trial.

SO ORDERED.

Dated:     November 6, 2013
              New York, New York

Ronnie Abrams
United States District Judge