UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | **ECF CASE** |
| v. | ) ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** 12 Cr. 934 (RA) |
| FENG LING LIU et al., | ) ) |  |
| Defendants. | ) |  |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

            Respectfully submitted,

            PREET BHARARA
            United States Attorney for the
            Southern District of New York

       by:  /s/ Rebecca Mermelstein
            REBECCA MERMELSTEIN
            Assistant United States Attorney
            (212) 637-2360

TO:  Counsel of Record (via ECF)