UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | **ECF CASE** |
| v. | ) ) ) | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| FENG LING LIU et al., | ) ) | 12 Cr. 934 (RA) |
| Defendants. | ) |  |

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                Respectfully submitted,

                                                PREET BHARARA
                                                United States Attorney for the
                                                Southern District of New York

                                      by:   /s/ Rebecca Mermelstein
                                                REBECCA MERMELSTEIN
                                                Assistant United States Attorney
                                                (212) 637-2360

TO:   Counsel of Record (via ECF)