USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                      No. 12 Cr. 934 (RA)

FENG LING LIU, et al.,                   ORDER

                    Defendants.
-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

As was discussed at today's conference, it is hereby:

ORDERED that, within two weeks of receiving translations of the documents seized from the Moslemi and Bandrich law firms that the Government seeks to introduce at trial, Defendants shall submit a joint letter identifying which documents they assert are privileged and explaining the basis for the assertion of privilege.

IT IS FURTHER ORDERED that any motions for severance shall be filed by February 14, 2014; responses shall be filed by February 21, 2014; and replies shall be filed by February 26, 2014.

IT IS FURTHER ORDERED that any motions in limine shall be filed by February 24, 2014; responses shall be filed by March 3, 2014; and proposed voir dire questions, jury instructions, and verdict forms shall be submitted by March 3, 2014.

IT IS FURTHER ORDERED that the Government shall identify the asylum applications it intends to introduce at trial no later than March 3, 2014; shall produce 3500 and Giglio material to Defendants no later than March 7, 2014; and shall submit its exhibit list no later than March 10, 2014.

IT IS FURTHER ORDERED that the final pretrial conference shall be held on March 12, 2014 at 2:00 p.m.

SO ORDERED.

Dated:     January 28, 2014
           New York, New York

_____
Ronnie Abrams
United States District Judge