UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

UNITED STATES OF AMERICA )
) 
) **NOTICE OF APPEARANCE AND REQUEST**
v. ) **FOR ELECTRONIC NOTIFICATION**
) **12 Cr. 934 (RA)**
FENG LING LIU, et al., )
        Defendants. )

TO:    Clerk of Court
          United States District Court
          Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney for the
                                       Southern District of New York

                        by: _____
                            Patrick Egan
                            Assistant United States Attorney
                            (212) 637-2345

CC:    Attorneys of Record (via ECF)