**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2014

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    **United States of America v. Feng Ling Liu, et al.**
                  **12 Cr. 934 (RA)**

Dear Judge Abrams:

        Pursuant to Your Honor's request, we write to provide the Court with a status update for the translation of recordings in the above referenced matter. By the end of today we will have provided defense counsel with final transcripts for approximately half of the recordings for trial. We will continue to provide the recordings on a rolling basis and anticipate that we will complete production of the transcripts by the middle of next week.

                                                                 Sincerely,

                                                               PREET BHARARA
                                                               United States Attorney

                                                       By:_____/s/_____
                                                            Rebecca Mermelstein
                                                            Patrick Egan
                                                           Robert L. Boone
                                                           Assistant United States Attorney
                                                           Southern District of New York
                                                           (212) 637-2360/2345/2208

Cc: all counsel