UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :

       v.                            :

                                        :   GOVERNMENT'S SECOND FORFEITURE
FENG LING LIU                           BILL OF PARTICULARS
  a/k/a "Karen,"                    :
VANESSA BANDRICH,                       S2 12 CR. 934 (RA)
SHURAN LIU,                         :
  a/k/a "Harry," et al.,
YUCHANG MIAO,                       :
  a/k/a "David,"
RUI YANG,                           :
  a/k/a "Rachel,"
  a/k/a "Sunny,"                    :
GUO QIN MIAO,
  a/k/a "Lillian," and              :
SHU FENG XIA,
  a/k/a "Kevin,"
           Defendants       :
- - - - - - - - - - - - - - - - x

        Pursuant to *United States* v. *Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the conspiracy to commit immigration fraud described in Counts One of the Superseding Indictment, as alleged in the Forfeiture Allegations, includes but is not limited to the following:

        a.   Any and all funds held in Bank of America, N.A., account number 483037367430, in the name of Fengling Liu Sole Proprietor d/b/a Fengling Liu Attorney at Law.

1

    b. Any and all funds held in Bank of America, N.A., account number 483037368578, in the name of Fengling Liu Sole Proprietor d/b/a Fengling Liu Attorney at Law.

    c. Any and all funds held in JPMorgan Chase Bank, N.A., account number 476174722, in the name of Moslemi and Associates, Inc.

Dated: New York, New York
     March 14, 2014

          Respectfully Submitted,

          PREET BHARARA
          United States Attorney

By: _____
   ANDREW C. ADAMS
   Assistant United States Attorney
   (212) 637-2340