MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/14

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

June 23, 2014

**BY ELECTRONIC MAIL**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
(Abrams_NYSDChambers@nysd.uscourts.gov)

Re:  *United States v. Feng Ling Liu, et al. (Shu Feng Xia, a/k/a "Kevin LNU"),*
12 Cr. 934-009 (RA)

Dear Judge Abrams:

This letter is in regard to the above-entitled case, in which I am appointed counsel for Shu Feng Xia (identified in the Indictment as "Kevin LNU"). Currently, Mr. Xia's sentencing is scheduled for July 11, 2014, at 11:30 a.m. However, because of the need to translate certain materials from Chinese to English (including the Pre-Sentence Report, as well as letters on Mr. Xia's behalf from family and others), it is respectfully submitted that more time is needed to prepare the sentencing submission on his behalf.

I have spoken with Assistant United States Attorney Rebecca G. Mermelstein, who has informed me that the government consents to this request. In addition, after consultation with the Court's Chambers, it is respectfully submitted that a mutually convenient date and time would be July 25, 2014, at 2 p.m.

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
June 23, 2014
Page 2 of 2

Accordingly, it is respectfully requested that Mr. Xia's sentencing be adjourned until July 25, 2014, at 2 p.m.

Respectfully submitted,

Joshua L. Dratel

JLD/

cc:    Rebecca G. Mermelstein
       Robert Boone
       Assistant United States Attorneys

**APPLICATION GRANTED
SO ORDERED**

RONNIE ABRAMS, U.S.D.J.

6/23/14