# MEMO ENDORSED

LAW OFFICES OF
## JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/14

JOSHUA L. DRATEL                                         STEVEN WRIGHT
—                                                        *Office Manager*
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

July 11, 2014

## BY ELECTRONIC MAIL

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
(Abrams_NYSDChambers@nysd.uscourts.gov)

Re:   *United States v. Feng Ling Liu, et al. (Shu Feng Xia, a/k/a "Kevin LNU"),*
      12 Cr. 934-009 (RA)

Dear Judge Abrams:

This letter is in regard to the above-entitled case, in which I am appointed counsel for Shu Feng Xia (identified in the Indictment as "Kevin LNU"). Currently, Mr. Xia's sentencing is scheduled for July 25, 2014, at 2 p.m. However, for the reasons set forth below, it is respectfully requested that sentencing be adjourned. After consultation with the government (which does not object to this application) and the Court's Chambers, it is respectfully requested that sentencing be re-scheduled for August 8, 2014, at 11 a.m.

The reasons for the adjournment are: (1) last week I was hospitalized for three days due to an infection, which subsequently required oral surgery. In addition to occupying the entire week, that condition has necessitated a recovery period that has affected my ability to complete the sentencing submission on Mr. Xia's behalf (which is due today); and (2) there are several letters on Mr. Xia's behalf that were written in Chinese. They are in the process of being translated, but my understanding the translations will not be completed until next week.

I have spoken with Assistant United States Attorney Rebecca G. Mermelstein, who has informed me that the government consents to this request. Accordingly, it is respectfully

LAW OFFICES OF
**JOSHUA L. DRATEL, P.C.**

Hon. Ronnie Abrams
United States District Judge
Southern District of New York
July 11, 2014
Page 2 of 2

requested that Mr. Xia's sentencing be adjourned until August 8, 2014, at 11 a.m., and that the date sentencing submissions be adjusted commensurately.

Respectfully submitted,

Joshua L. Dratel

JLD/

cc:   Rebecca G. Mermelstein
      Robert Boone
      Assistant United States Attorneys

7/11/14

```
Application granted.  Defendant Xia's sentencing, previously
scheduled for July 25, 2014, shall be adjourned and rescheduled
for August 8, 2014 at 11 a.m.  Defendant's sentencing submissions
shall be due on July 25, 2014.  The Government's sentencing
submissions shall be due on August 1, 2014.  So ordered.
```

USDJ