Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 12 2014

Caption:

United States

v.

Shu Feng Xia

Docket No.: 12 Cr. 934 (RA)

Honorable Ronnie Abrams
(District Court Judge)

Notice is hereby given that Shu Feng Xia appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓ , other _____ (specify)

entered in this action on August 8, 2014.
(date)

This appeal concerns: Conviction only [___]   Sentence only [✓]   Conviction & Sentence [___]   Other [___]

Defendant found guilty by plea [✓] | trial [ ] | N/A [ ]  .

Offense occurred after November 1, 1987?   Yes [✓] | No [ ]   N/A [ ]

Date of sentence: August 8, 2014 _____ N/A [___]

Bail/Jail Disposition: Committed [___]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Joshua L. Dratel |
| Counsel's Address: | Law Offices of Joshua L. Dratel, P.C. |
| | 29 Broadway, Suite 1412, New York, NY 10006 |
| Counsel's Phone: | (212) 732 - 0707 |
| Assistant U.S. Attorney: | Rebecca G. Mermelstein; Robert Boone |
| AUSA's Address: | United States Attorneys Office, Southern District of New York |
| | One St. Andrew's Plaza, New York, NY 10007 |
| AUSA's Phone: | (212) 637 - 2360; (212) 637 - 2208 |

_____
Signature