
# CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States v. Shu Feng Xia

**DOCKET NUMBER:** 12 Cr. 934-009 (RA)

**COUNSEL'S NAME:** Joshua L. Dratel

**COUNSEL'S ADDRESS:** Law Offices of Joshua L. Dratel, P.C.
29 Broadway, Suite 1412, New York, NY 10006

**COUNSEL'S PHONE:** (212) 732 - 0707

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 2 2014

## QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript.  Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

## TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: _____
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[✓] Sentencing: August 8, 2014, before the Honorable Ronnie Abrams
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Joshua L. Dratel (counsel's name), hereby certify that I will make satisfactory arrangements with the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

_Counsel's Signature_    Date: 8/12/14

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

## ACKNOWLEDGMENT

Date order received: _____

Estimated Number of Pages: _____

Estimated completion date: _____

Court Reporter's Signature    Date

After filling out the "To Be Completed by Attorney" section, counsel should submit the original to the U.S. District Court and copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.