```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/26/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -v-                               12-cr-934-RA-9

SHU FENG XIA, a/k/a "Kevin"            ORDER

                     Defendant

------------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

On August 8, 2014, Defendant Shu Feng Xia was sentenced. On August 12, 2014, the Court entered judgment (Dkt. 266) and the Defendant's CJA-appointed counsel filed a Notice of Appeal (Dkt. 267). The Court is now in receipt of a letter from Defendant dated August 18, 2014 advising that he has "decided to fire [his] lawyer" and that, proceeding *pro se*, he seeks to raise further arguments before this Court concerning his sentence (Dkt. 277).

The Government is directed to advise the Court no later than September 5, 2014 of its position as to Defendant's letter, including (i) the appropriate response in light of Fed. R. Crim. P. 37 and any other applicable law and (ii) the merits of any arguments asserted therein.

SO ORDERED.

Dated:    August 26, 2014
             New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge