LAW OFFICES OF

# JOSHUA L. DRATEL, P.C.
A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL
—
LINDSAY A. LEWIS
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT
*Office Manager*

September 2, 2014

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:   *United States v. Feng Ling Liu, et al. (Shu Feng Xia, a/k/a "Kevin LNU")*,
                12 Cr. 934-009 (RA)

Dear Judge Abrams:

      This letter is in regard to the above-entitled case, in which I am appointed counsel for Shu Feng Xia (identified in the Indictment as "Kevin LNU"). Recently, Mr. Xia has written the Court to inform it that he has "fired" me as his appointed counsel and wishes to proceed *pro se*. *See* Docket #277. While Mr. Xia's *pro se* status would nevertheless almost certainly require standby counsel, it would appear – in light of his expressed dissatisfaction with my representation in connection with his sentencing – inappropriate for me to continue in that capacity (or in any capacity on Mr. Xia's behalf).

      Accordingly, it is respectfully requested that I be relieved as Mr. Xia's appointed counsel, either as his attorney or standby counsel. I will also be making a similar application to the Second Circuit in connection with Mr. Xia's appeal.

                                                  Respectfully submitted,

                                                    Joshua L. Dratel

JLD/