Docket and file

August 27, 2014

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10006

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/14
```

Re: United States v. Shu Feng Xia
12 Cr. 934

Dear Judge Abrams,

    Enclosed are some documents to show when I came to America and where I worked in April, May and June of 2010. I worked in a restaurant in upstate New York during that period. I was never trained by Victor. He lied about training me. I provided these documents to my lawyer Mr. Dratel a few days before my sentencing but he never filed them to the court nor mentioned them during sentencing. I would like to submit to the court now. Please consider them.

    Thank you for your kind consideration.

Sincerely Yours,

Shu Feng Xia

Shu Feng Xia



CC: Joshua L. Dratel by email at jdratel@joshuadratel.com
CC: Prosecutors Mermelstein by email at rebecca.mermelstein@usdoj.gov

Honorable Judge:

My name is Shufeng Xia. I was immigrated to the United States on April 8, 2010. On about April 20, 2010, I found a job in a Chinese restaurant in a shopping mall called Palisades Mall through the employment agency in Chinatown. This shopping mall is at Pearl River, has four floors and the basement is a parking lot. The restaurant's name is China Max. This restaurant is located on the third floor of the Palisades Mall, near the elevator. It is a food center and has several restaurants. I remember that the next door is a Spanish restaurant. There are two restaurants across the lobby. One is a Japanese restaurant and another is grill. In front of us is a dining area for all the public and can take about more than two hundred people. There is a carousal nearby. I worked from ten O'clock in the morning to ten O'clock in the evening. My job was to assisting the chef. My primary job is to peel the chicken skin, chop the chicken and cook rice and clean the kitchen. There are eight people working in the restaurant. Everyday there is one person off and there are seven people working at the same time. There are three female workers in the front area, two waitresses and one manager. The Manager's English is good and is responsible for ordering food supply and deals with outside people. The boss couple are in the 50s and work in the kitchen. There are two other chefs working in the kitchen, and both are male. Everyday the boss drives the car to take us to and from the restaurant. We live in the boss's house. The place we live is about seven to eight miles from the working place and it takes about ten minutes by car. I could see No.59 highway and No.303 highway on my way to work. There is also a church with a Chinese name and the church's name is Pearl River Christian Life Church. Before entering the mall, we will cross a very wide highway. This highway's name starts with letter S. After we get to the mall, we go directly to the third floor through the cargo elevator in the basement. On our way back from work, we go by the other side and do not cross that highway. The manager's home is at a place half way on our way back. The place we live is a two story residential house. There are two units on the second floor. We all live at the left unit. There are four bedrooms, one kitchen and one bathroom. The two female waitresses live in one room; the two chefs and I live in another room; the boss couple lives in one room. The other room is usually empty and it is the boss' children's room. The boss has two

children, one boy, one girl and both attend college in New York. They live in that room when they come back home when there is no school. There is a street in front of the house where we live and I do not remember the name of the street. There is a bank across the street. There is a street on the left side of our house. There is a small laundry room across the street. I usually go there to do laundry. On the right side of our house there are about four to five small stores. There is a train station about three minutes drive from our house. In front of our house there is a bus stop going to New York. It is not Chinese bus and they speak English. There is a bus every half an hour during the day and every hour after ten O'clock in the evening. This bus goes all the way to the bus terminal on the 42nd street. The fare for this bus is $11 for one way. At that time, I always took this bus to go the place where I live during my work there. In our restaurant since we do not address each other by name, I do not know their names. The two females working in the front areas we all called them little sisters. We just called the boss boss and we just call the manager manager. I only know the boss' last name is Chang and he is from Fuzhou. The two chefs we just call them big brothers or masters. The main dishes in our restaurant are General Tsao's chicken, chicken with broccoli, chow mien, etc. My salary at that time is $1400 per month and I was paid on the first day of each month. I worked at this restaurant from April 20, to June 30. Later because that place is too far away from New York and it is not convenient to take care my family, I resigned from the job and went back to New York City.

*Shu Feng Xia*
Shufeng Xia
08/06/2014

SWORN TO BEFORE ME
ON **6th** DAY OF **August** 19 **2014**

*Jie Min Zhao*

**JIE MIN ZHAO**
NOTARY PUBLIC, State of New York
No. 01ZH5039109
Qualified in New York County
Commission Expires Feb. 13, **2015**

尊敬的法官大人：

我叫夏书峰，2010年4月8号移民来到美国。大约在2010年4月20日的时候，在唐人街的职业介绍所里找到了一份在Palisades商场内的一个中餐馆的工作。这个商场在珍珠河，有四层楼，地下室是停车场。餐馆的名字叫China Max. 这家餐馆位于Palisades商场的三楼，在电梯口附近。那里是一个餐饮中心，有几家餐馆。我记得隔壁是一家卖西班牙餐的，对面的两家餐馆，一家卖日餐，一家卖烧烤。前面是一个长方形的公共就餐区域，大约能容纳两百多人。附近还有一个旋转木马。我在那里的上班时间是上午十点到下午十点。我上班的时候做的工作是帮厨，主要工作是剥鸡皮、切鸡、蒸米饭还有打扫厨房。店里有8个人，每天有一个人轮休，平时有七个人同时上班。前台有三个女的，两个服务生，一个经理，经理的英文比较好，负责进货、处理餐馆对外的事情。老板夫妻两个大约50多岁，在厨房干活。厨房还有两个厨师，都是男的。每天上班都是老板开车接送，住的是老板租的房子。住的地方离餐馆大概有7、8英里，开车需要十分钟左右。上班途中我会看到59号公路、303号公路，还有一个写着中文名字的教堂，教堂的名字叫珍珠河基督教生命堂。进入商场前会跨过一个很宽的高速公路，这条高速公路的名字是用S开头的。到了商场之后，从地下车场的送货电梯直上三楼。下班回来的时候走另外一边，不经过那个高速公路。经理的家在回去途中的半路上。我住的地方是个两层楼的民居，二楼有两个单元，我们所有的人都住在左边的单元里。有四个卧室、一个厨房、一个卫生间。两个女服务生住在一间，两个厨师和我住一间，老板夫妻两个住一间。还有一间，平时空着，是老板的孩子的。老板有两个孩子，一男一女，都在纽约上大学。放假时回来住。我们住的地方的前面是一条马路，名字我不记得了。马路对面是一家银行。我们房子的左边也是一条马路，过马路有一个不太大的

The address of the restaurant is :

# China Max

3554 Palisades Center DrWest Nyack, NY 10994

China Max (Google Map)



**DEPARTMENT OF HOMELAND SECURITY**
U.S. Customs and Border Protection

OMB No. 1651-0111

出境记录

人境号码

▓▓▓▓▓▓▓▓▓▓▓▓▓▓

ALIEN STATUS GRANTED
PURSUANT TO SECTION 298
OF THE IMMIGRATION AND
NATIONALITY AC[T]
VALID TO _Indefinite_
EMPLOYMENT AUTHORIZED

PORT: New    DATE: 04/08/10    CBP: 3520

18. 姓: X i a
19. 名: S h u F e n g
21. 国籍: C H I N A

---

警告 非移民若接受未经授权的雇用将被递解出境。
重要须知: 请妥为保存这份表格。离开美国时您必须将其交回。
否则下一次入境美国时会发生耽搁。
您获授权在美国的逗留时间仅限于此表所注明的日期。若未经国土安全部当局许可而逾期居留，
即属违法。
离开美国时交回这份表格:
  - 乘坐飞机或船只出境时，此卡交给航运公司;
  - 从加拿大边境出境时，请交给加拿大官员;
  - 从墨西哥边境出境时，请交给美国官员
计划在 30 天以内再度进入美国以返回同一所学校的学生，请在交回此表格前先查看 1-20 表格
第 2 页上的 "人-出境" 部分。

**Record of Changes**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**Departure Record**

Port:
Date:
Carrier:
Flight No./ Ship Name:







