UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
.
:
UNITED STATES OF AMERICA,                    :
.
:
.
:
-v-                             :          12-cr-934-RA-9
:
:
SHU FENG XIA, a/k/a "Kevin"                  :          ORDER
:
:
Defendant    :
:
-----------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/14

RONNIE ABRAMS, United States District Judge:

As the parties are aware, the Court is in receipt of a letter from Defendant Shu Feng Xia

dated August 18, 2014 advising that he has "decided to fire [his] lawyer" and that, proceeding

*pro se*, he seeks to raise further arguments before this Court concerning his sentence (Dkt. 277),

notwithstanding the Notice of Appeal that has been previously filed (Dkt. 267). The

Government responded by letter dated August 28, 2014.

**The parties are directed to appear for a conference on Thursday, September 11,**

**2014 at 11 a.m. in Courtroom 1506 of the U.S. District Court for the Southern District of**

**New York, 40 Foley Square, New York, NY.** The Court expects Mr. Dratel, who has sought to

be relieved as counsel (Dkt. 285), to be in attendance at the conference, but has directed CJA

duty counsel to be present as well.

SO ORDERED.

Dated:          September 3, 2014
               New York, New York

_____
Ronnie Abrams
United States District Judge