UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-                                              12-cr-934-RA-9

SHU FENG XIA, a/k/a "Kevin"                        ORDER

                Defendant

------------------------------------------------------------X

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/14

RONNIE ABRAMS, United States District Judge:

      As discussed at today's conference, it is hereby:

      ORDERED that Defendant Shu Feng Xia shall submit a letter to the Court no later than September 19, 2014 indicating whether he desires to have his letters of August 18, 2014 and August 27, 2014 (Dkts. 277 and 287) construed as a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.

SO ORDERED.

Dated:     September 11, 2014
             New York, New York

                                                      Ronnie Abrams
                                                      United States District Judge