

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2014

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court for the
　Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2203
New York, New York 10007

　　　　　　　　　　Re:　United States v. Feng Ling Liu, et al.
　　　　　　　　　　　　　12 Cr. 934 (RA)

Dear Judge Abrams:

　　　　The Government respectfully submits this letter to request that the Court extend the deadline for the Government to file an opposition to the post-trial motions filed by Defendants Feng Ling Liu, Vanessa Bandrich and Rui Yang, in the above-captioned matter, to September 30, 2014. The Government also requests that the deadline for Defendants' reply to the Government's opposition be extended to October 7, 2014. Currently, pursuant to an order issued by the Court on September 8, 2014, the Government's opposition to Defendants' post-trial motions is due September 23, 2014, and Defendants' reply to the Government's opposition is due September 30, 2014. Defendants Feng Ling Liu, Vanessa Bandrich, and Rui Yang consent to the Government's requests.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　PREET BHARARA
　　　　　　　　　　　　　United States Attorney

　　　　　　　　By:　_____/s/_____
　　　　　　　　　　　Robert L. Boone
　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　Tel. No.: (212) 637-2208

cc:　Feng Ling Liu, Esq.
　　　Stanislao A. German, Esq.
　　　Sean M. Maher, Esq.