

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 15, 2014

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court for the
   Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2203
New York, New York 10007

                    Re:     <u>United States v. Feng Ling Liu, et al.</u>
                           12 Cr. 934 (RA)

Dear Judge Abrams:

      The Government respectfully submits this letter to request that the Court extend the deadline for the Government to file an opposition to the post-trial motions filed by Defendants Feng Ling Liu, Vanessa Bandrich and Rui Yang, in the above-captioned matter, to September 30, 2014. The Government also requests that the deadline for Defendants' reply to the Government's opposition be extended to October 7, 2014. Currently, pursuant to an order issued by the Court on September 8, 2014, the Government's opposition to Defendants' post-trial motions is due September 23, 2014, and Defendants' reply to the Government's opposition is due September 30, 2014. Defendants Feng Ling Liu, Vanessa Bandrich, and Rui Yang consent to the Government's requests.

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney

                 By:        /s/_____
                         Robert L. Boone
                         Assistant United States Attorney
                         Tel. No.: (212) 637-2208

cc:  Feng Ling Liu, Esq.
     Stanislao A. German, Esq.
     Sean M. Maher, Esq.