September 15, 2014

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10006

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/14

Re: United States v. Shu Feng Xia
12 Cr. 934

Dear Judge Abrams,

    I have decided to request a Section 2255 hearing before the appeal. Your Honor told me last time that I can request to have an attorney for this hearing but I do not have the right to have an attorney for such hearing. Because of this, I choose not to request for an attorney for this hearing.

    I would also like to renew my request to delay my surrender date for the following reasons:

    My father has suffered severe ashma and now it is the rainy season in my hometown and his ashma got worse due to the humid weather. Since my mother passed away, he lives by himself. I call him everyday to comfort him and to remind him to take medicine. My brother is taking care of his wife who has cancer and my sister is paralyzed and can barely take care of herself. After I surrender myself, it will be very inconvenient to call my father.

    My younger daughter is going to take the high school exam in late October and she is also visiting schools now and she hopes I can be around to help her.

    My employer has not found the new worker to replace me now since I can not only operate the machine but also do repairs. My employer hopes that I can work there a little longer to help with the transfer.

    Also, my appeal is pending and I believe I have a strong case. I respectfully request Your Honor to delay my surrender date while my appeal is pending.

    For all these reasons, I hope Your Honor can delay my surrender time for two months.

    The above has been translated to me in Mandarin and I fully understand and affirm it completely.

Thank you for your kind consideration.

Sincerely Yours,

*Shu Feng Xia*  9/15/2014
Shu Feng Xia





RECEIVED SEP 18 2014 PRO SE OFFICE