UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

FENG LING LIU a/k/a/ "Karen,"
VANESSA BANDRICH,
RUI YANG a/k/a "Rachel," a/k/a "Sunny,"
FENG LI,
SHURAN LIU a/k/a/ "Harry",
YUCHANG MIAO a/k/a "David,"
GUO QIN MAIO a/k/a "Lillian"

        Defendants.

------------------------------------------------------------X

12-cr-934-RA

ORDER

RONNIE ABRAMS, United States District Judge:

On June 27, 2014, the Government filed a Proposed Preliminary Order of Forfeiture/Money Judgment (the "Forfeiture Order") with respect to each of the above-named defendants. It is hereby ORDERED that the defendants, to the extent they have not already done so, shall advise the Court in writing no later than September 30, 2014 as to any objections they have with respect to the Forfeiture Order.

SO ORDERED.

Dated: September 23, 2014
    New York, New York

                Ronnie Abrams
                United States District Judge