

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2014

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court for the
　Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Chambers 2203
New York, New York 10007

　　　　　　　　　　　Re:　United States v. Feng Ling Liu, et al.
　　　　　　　　　　　　　　12 Cr. 934 (RA)

Dear Judge Abrams:

　　　The Government respectfully submits this letter to request that the Court extend the deadline for the Government to file an opposition to the post-trial motions filed by Defendants Feng Ling Liu and Vanessa Bandrich in the above-captioned matter, to October 14, 2014. The Government also requests that the deadline for those defendants' reply to the Government's opposition be extended to October 21, 2014. Currently, the Government's opposition to the post-trial motions of Defendants Feng Ling Liu, Vanessa Bandrich, and Rui Yang is due September 30, 2014, and Defendants' reply to the Government's opposition is due October 7, 2014. The Government intends to file its opposition to Rui Yang's post-trial motion by September 30, 2014, but is requesting additional time to file its opposition to the post-trial motions filed by Defendants Feng Ling Liu and Vanessa Bandrich.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PREET BHARARA
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　_____/s/_____
　　　　　　　　　　　　　　　　　Robert L. Boone
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Tel. No.: (212) 637-2208

cc:　Feng Ling Liu, Esq.
　　　Stanislao A. German, Esq.
　　　Sean M. Maher, Esq.