**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 3, 2014

**BY ECF and Email**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **United States of America v. Feng Ling Liu, et al.**
            **12 Cr. 934 (RA)**

Dear Judge Abrams:

    The Government writes to respectfully request a brief adjournment of sentencing in the above referenced matter. Due to an unmovable conflict, the Government is unfortunately not available on November 7, 2014. Accordingly, the Government respectfully requests that the Court reschedule the sentencing to any day next week that would be convenient for the Court. I have consulted with Your Honor's Chambers and am informed that Wednesday, November 12, 2014 is available.

           Sincerely,

           PREET BHARARA
           United States Attorney

           By:_____/s/_____
           Rebecca Mermelstein
           Patrick Egan
           Robert L. Boone
           Assistant United States Attorney
           Southern District of New York
           (212) 637-2360/2345/2208

Cc: Feng Ling Liu