N.Y.S.D. Case # 12-cr-0934-12(RA)

# MANDATE

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of December, two thousand and fourteen.

_____

United States of America,

Appellee,

v.

Shu Feng Xia,

Defendant-Appellant.

_____

**ORDER**

Docket No. 14-3104

Appellant Shu Feng Xia moves to withdraw his appeal pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 10, 2014



A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/10/2014