# NICHOLAS J PINTO

ATTORNEY AT LAW

MEMO ENDORSED

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2707
NEW YORK, NEW YORK 10279
212.619.5500  FAX 212.732.8486
NJP@PINTO-LAW.COM
WWW.PINTO-LAW.COM

December 16, 2014

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 18 2014

Hon: Ronnie Abrams
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: United States v. Guo Qin Miao, 14-3924(2d Cir); 12-cr-934(RA)(SDNY)

Dear Judge Abrams:

I was appointed by the Second Circuit Court of Appeals to represent Guo Qin Miao for her appeal. Her prior counsel, Don Duboulay has been relieved. The defendant is presently scheduled to surrender to the Bureau of Prisons on January 5, 2015. The defendant and her family have asked me to ask this Court for an adjournment of her surrender date. I am not a member of the SDNY CJA panel and have not made an appearance in the District Court on her behalf. Accordingly, would ask this Court to appoint CJA counsel to the defendant to represent her before the District Court to assist her with this request.

Respectfully submitted,

/s/
Nicholas J. Pinto

Application denied. Defendant, while represented by CJA counsel, previously moved for release pending appeal and that request was denied for the reasons available at Dkt. 393. SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 18, 2014