USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/22/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHU FENG XIA,

        Movant,

-against-

UNITED STATES OF AMERICA,

        Respondent.

14-CV-10029 (RA)

12-CR-934-9 (RA)

ORDER TO ANSWER, 28 U.S.C. § 2255

RONNIE ABRAMS, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within thirty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

The Clerk of Court is respectfully directed to close the motion pending at Dkt. 431 in 12 Cr. 934-9.

SO ORDERED.

Dated:   December 22, 2014
            New York, New York

                                                RONNIE ABRAMS
                                         United States District Judge