USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

FENG LING LIU a/k/a/ "Karen,"
VANESSA BANDRICH,
SHURAN LIU a/k/a/ "Harry",
RUI YANG a/k/a "Rachel," a/k/a "Sunny,"
GUO QIN MAIO a/k/a "Lillian," and
SHU FENG XIA a/k/a "Kevin"

    Defendants.

-----------------------------------------------------------X

12-CR-934 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has reviewed the proposed preliminary orders of forfeiture/money judgment filed by the Government for Defendants Vanessa Bandrich, Shuran Liu, Rui Yang, and Guo Qin Miao (Dkt. 426). The Court notes that neither the proposed orders nor the preliminary orders of forfeiture/money judgment previously entered against Defendants Shu Feng Xia (Dkt. 264) and Feng Ling Liu (Dkt. 410) state that the forfeiture amounts imposed on each Defendant are joint and several with the other Defendants in this case. As the Court's judgments make clear, however, the forfeiture imposed at the time of sentencing was joint and several (see, e.g., Dkt. 412 at 6 ("Defendant's forfeiture, as stated below, is joint and several with the other defendants in 12 Cr. 934 for whom forfeiture has been ordered or will be ordered.")). Accordingly, it is hereby:

ORDERED that the Government shall no later than January 9, 2014 file revised preliminary orders of forfeiture/money judgments for each of the above-named Defendants, or in the alternative provide the Court with a letter explaining why no revisions are necessary.

      The Clerk of Court is also respectfully requested to close the motion pending at Dkt. 263.

SO ORDERED.

Dated:     December 29, 2014
              New York, New York

                                                Ronnie Abrams
                                               United States District Judge