USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/08/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHU FENG XIA,

          Movant,

-against-

UNITED STATES OF AMERICA,

          Respondent.

No. 14-CV-10029 (RA)
No. 12-CR-934-9 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    It is hereby ORDERED that counsel in this action shall appear for a conference on January 15, 2015 at 4 p.m. in Courtroom 1506 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. Petitioner's presence is not required at this conference.

SO ORDERED.

Dated:    January 8, 2015
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge