UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| SHU FENG XIA, | 14-CV-10029 (RA) |
| Movant, | 12-CR-934-9 (RA) |
| v. | **NOTICE OF APPEARANCE AND REQUEST FOR ECF NOTIFICATION** |
| UNITED STATES OF AMERICA | |
| Respondent. | |

_____

**PLEASE TAKE NOTICE** that Randa D. Maher, an attorney admitted to practice before this Court, hereby appears on behalf of SHU FENG XIA, the Movant in the above-captioned matter, and requests she be added as an ECF Filing/User, and requests all ECF filings be electronically transmitted to her, at the email address listed below, and requests all non-ECF filings be delivered to her at the office address listed below.

Dated: Great Neck, New York
January 14, 2015

/s/
Randa D. Maher
*Maher & Pittell, LLP*
14 Bond Street, Suite 389
Great Neck, NY 11021
(516) 516-487-7460 office
(516) 977-3003 fax
randalaw@optonline.net