**MAHER & PITTELL**
*Attorneys-At-Law*

**MEMO ENDORSED**

Randa D. Maher

Jeffrey G. Pittell

14 Bond Street
Suite 389
Great Neck, NY 11021

Tel (516) 487-7460
Fax (516) 977-3003
randalaw@optonline.net

January 29, 2015

**BY EMAIL AND ECF**

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 30 2015

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10006

Re:   United States v. Shu Feng Xia, a/k/a "Kevin" 12 Cr. 934 (RA)
        Shu Feng Xia v. United States, 14 Civ. 10029 (RA)

Dear Judge Abrams:

We submit this letter as a follow up to the conference held on January 15, 2015 in the above referenced matter.

After conferring with the Government, and recognizing Mr. Xia is scheduled to be released from BOP custody on August 23, 2015, we propose the following briefing schedule:

(i)     Petitioner's Supplemental Memorandum will be filed on or before April 24, 2015;

(ii)    Mr. Dratel's Affidavit will be filed on or before May 8, 2015; and

(iii)   The Government 's Reply will be filed or before May 29, 2015.

Respectfully submitted,
/s/
Randa D. Maher
*Counsel for Petitioner, Shu Feng Xia*

TO:   AUSA Rebecca Mermelstein
        AUSA Robert L. Boone
        AUSA Patrick Egan

APPLICATION GRANTED
SO ORDERED.

_____
RONNIE ABRAMS, U.S.D.J.
1/30/15