**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 24, 2015

**BY ECF and Email**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

>      Re:   United States of America v. David Miao, et al.
>            12 Cr. 934 (RA)

Dear Judge Abrams:

      The Government writes in brief response the Court's Order of March 23, 2015 and to defendant David Miao's March 19, 2015 letter, in which he requests the return of various items and documents seized from the Feng Ling Liu/Moslemi and Bandrich law firms pursuant to a search warrant. The items seized during the execution of the search warrants are evidence of the defendants' crimes. Accordingly, the Government cannot entertain any request to return such items until all of the defendants' appeals have been resolved.

                                           Sincerely,

                                           PREET BHARARA
                                           United States Attorney

                                       By:_____/s/_____
                                           Rebecca Mermelstein
                                           Patrick Egan
                                           Robert L. Boone
                                           Assistant United States Attorney
                                           Southern District of New York
                                           (212) 637-2360/2345/2208

Cc: David Miao (By Email)