UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/14/2015

SHU FENG XIA,

        Movant,

v.

UNITED STATES OF AMERICA,

        Respondent.

No. 14-CV-10029 (RA)
No. 12-CR-934-9 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pursuant to the briefing schedule agreed to by the parties, *see* 14-CV-10029, Dkt. 13, Mr. Dratel's affidavit was due on May 8, 2015 and the Government's reply is due May 29, 2015. Mr. Dratel, however, has not yet submitted his affidavit. The Court directs him to do so by May 19. In light of the fact that Mr. Xia is scheduled to be released later this summer, the Court also expects that the Government's reply will be submitted by May 29, as originally contemplated.

SO ORDERED.

Dated:   May 14, 2015
          New York, New York

                                            Ronnie Abrams
                                            United States District Judge