**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

July 20, 2015

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 21 2015
```

**BY ECF**

The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  **United States of America v. Shu Feng Xia**
     **12 Cr. 934 (RA)**

Dear Judge Abrams:

The Government respectfully writes in response to the Court's Order directing the parties to confer concerning the schedule for resentencing and for any supplemental sentencing submissions. The Government has initiated proceedings with the Marshals Service to produce Mr. Xia to the Southern District of New York. We understand that this transportation may take as long as three weeks. Defense counsel has indicated that she needs until July 31, 2015 to file any supplemental sentencing briefing. Accordingly, the parties jointly propose that any defense submission be due on July 31, 2015, with any Government submission due by August 5, 2010, and sentencing to be held the week of August 10, 2015. The parties are both available at any time before 4:30 on August 10, 13, or 14th and are also available on Wednesday, August 12, 2015 before 4:30 p.m.

Sincerely,

PREET BHARARA
United States Attorney

Sentencing is scheduled for August 12 at 11:30 a.m. The proposed submission schedule is approved. SO ORDERED.

*/s/*
Ronnie Abrams, U.S.D.J.
July 21, 2015

By: ____/s/_____
Rebecca Mermelstein
Patrick Egan
Robert L. Boone
Assistant United States Attorney
Southern District of New York
(212) 637-2360/2345/2208

Cc: Randa Maher