```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   12 Cr. 934-09(RA)
UNITED STATES OF AMERICA,                 :
                                          :        ORDER
            -v-                           :
                                          :
                                          :
SHU FENG XIA,                             :
                      Defendant.          :
                                          X
------------------------------------------
```

RONNIE ABRAMS, District Judge:

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 12 2015

On August 12, 2015, this Court imposed a sentence of time served on Defendant Shu Feng Xia (Marshal #67791-054). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

Dated:   August 12, 2015
         New York, New York

                                         _____
                                              RONNIE ABRAMS
                                         United States District Judge