**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: AUG 25 2015*

Caption:

USA v.

Shu Feng Xia

Docket No.: (S2) 12-CR-934-9 (RA)

Hon. Ronnie Abrams
(District Court Judge)

Notice is hereby given that Shu Feng Xia appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on August 12, 2015
(date)

This appeal concerns: Conviction only |___|  Sentence only |___|  Conviction & Sentence |✓|  Other |___|

Defendant found guilty by plea |✓|  trial |___|  N/A |___|

Offense occurred after November 1, 1987?  Yes |✓|  No |___|  N/A |___|

Date of sentence: August 12, 2015  N/A |___|

Bail/Jail Disposition: Committed |___|  Not committed |___|  N/A |✓|

Appellant is represented by counsel? Yes ✓ | No |___| If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Randa D. Maher, Attorney at Law |
| Counsel's Address: | 14 Bond Street, Suite 389 |
| | Great Neck, NY 11021 |
| Counsel's Phone: | 516-487-7460 |
| Assistant U.S. Attorney: | Rebecca G. Mermelstein; Robert Boone |
| AUSA's Address: | United States Attorneys Ofice, Southern District of New York |
| | One St. Andrew's Plaza, New York, New York 10007 |
| AUSA's Phone: | (212) 637-2360 / 2208 |

*R Mah*
Signature