F8C9XIAS

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4              v.                            12 CR 934

5    SHU FENG XIA,

6              Defendant.

7    ------------------------------x

8                                          New York, N.Y.
                                           August 12, 2015
9                                          11:41 a.m.

10

     Before:
11
                         HON. RONNIE ABRAMS
12
                                           District Judge
13

14                          APPEARANCES

15   PREET BHARARA
          United States Attorney for the
16        Southern District of New York
     REBECCA MERMELSTEIN
17        Assistant United States Attorney

18   RANDA DEA MAHER
          Attorney for Defendant
19

20   ALSO PRESENT:  VICTOR CHANG, Mandarin Interpreter

21

22

23

24

25

F8C9XIAS

| | |
|---|---|
| 1 | (In open court; case called) |
| 2 | MS. MERMELSTEIN:  Good morning, your Honor. |
| 3 | Rebecca Mermelstein for the government.  With me is |
| 4 | Special Agent Christopher DeGraff. |
| 5 | THE COURT:  Good morning. |
| 6 | MS. MAHER:  Good morning.  Randa Maher for Mr. Xia. |
| 7 | THE COURT:  Good morning, Ms. Maher.  And good |
| 8 | morning, Mr. Xia.  I'll note for the record that Mr. Xia is |
| 9 | being aided by an interpreter.  If you're having any problems |
| 10 | understanding anything please let me know, okay.  And you have |
| 11 | to answer out loud. |
| 12 | THE DEFENDANT:  Okay. |
| 13 | THE COURT:  So this matter is on for resentencing, |
| 14 | United States v. Shu Feng Xia.  In addition to the materials |
| 15 | previously referenced at the original sentencing I have also |
| 16 | reviewed the presentence investigation report which was revised |
| 17 | and it was dated February 18, 2015 as well as defendant's |
| 18 | sentencing memorandum of July 31. |
| 19 | Have the parties received each of these submissions? |
| 20 | MS. MERMELSTEIN:  Yes, your Honor. |
| 21 | MS. MAHER:  Yes, your Honor. |
| 22 | THE COURT:  So Ms. Maher have you reviewed the |
| 23 | presentence report with Mr. Xia? |
| 24 | MS. MAHER:  I have not had a chance to review this but |
| 25 | I understand it was reviewed previously with Mr. Xia by |

F8C9XIAS

1    Mr. Dratel.  It is the same one that --

2              THE COURT:  It has been revised slightly.

3              MS. MAHER:  I apologize for that.

4              THE COURT:  So why don't we take a break and why don't

5    you just make sure that he is familiar with the entire

6    presentence report, okay.

7              MS. MAHER:  Thank you, your Honor.

8              THE COURT:  Because this was actually revised after

9    the sentence.  So just let me know when you're ready.

10             (Pause)

11             THE COURT:  Ms. Maher, just to be clear.  As it notes

12   on the cover page, it indicates that the third addendum sets

13   forth revisions that have been made.  So I'm not suggesting --

14   I'm going to rely on all of my previous rulings but I just want

15   to make sure you've gone over anything additional with him that

16   hasn't been addressed previously.

17             MS. MAHER:  No.  I believe everything was previously

18   addressed and he's aware of that.

19             THE COURT:  So take the time you need but I just

20   wanted to make sure that anything that is revised in this

21   presentence report, he has reviewed, you have discussed with

22   him so to the extent you have any objections that haven't been

23   ruled on previously you have an opportunity to make them.

24             MS. MAHER:  The issue was I met with him for the first

25   time yesterday was -- we didn't have a chance to go over it.

F8C9XIAS

1          THE COURT:  So go ahead.

2          (Pause)

3          Other than the objections I've already ruled on, do

4   you have any additional objections to the presentence report?

5          MS. MAHER:  No, your Honor.

6          THE COURT:  Does the government have any additional

7   objections?

8          MS. MERMELSTEIN:  No, your Honor.

9          THE COURT:  The court adopts the factual findings in

10  the report.  The presentence report will be made a part of the

11  record in this matter and placed under seal.  If an appeal is

12  taken, counsel on appeal may have access to the sealed report

13  without further application to the court.

14          For the reasons stated in the original sentencing and

15  in light of my conclusion that the offense involved at least 25

16  to 99 documents, and that Mr. Xia is entitled to two acceptance

17  points, I find that the offense level is 15, the defendant's

18  criminal history category is I, and the guidelines range is 18

19  to 24 months in prison.  And the applicable fine range is

20  $4,000 to $40,000.  Just to be clear, do you want to be heard

21  on that at all, Ms. Maher?

22          MS. MAHER:  Yes, I just want to state that Mr. Xia

23  does not have the financial resources to pay any fine

24  whatsoever.

25          THE COURT:  Okay.

F8C9XIAS

1          MS. MAHER:  Neither does his family.  He's the primary

2     breadwinner and he's been incarcerated for ten months and about

3     two days per my count.

4          THE COURT:  Thank you.

5          Just to confirm, neither party is seeking a downward

6     departure as opposed to variance; is that correct?

7          MS. MERMELSTEIN:  Yes, your Honor.

8          MS. MAHER:  Your Honor, at the time you sentenced him

9     originally he was sentenced to a year and a day which was a

10    departure from the 18 to 24 months.  So we are seeking to have

11    him sentenced below that for the purposes that we have already

12    stated in our submissions to the court.

13         THE COURT:  But just to be clear you're seeking a

14    variance under 3553(a).

15         MS. MAHER:  Yes.

16         THE COURT:  You're not seeking a downward departure

17    anticipated or addressed in the guidelines, as we call it, a

18    pre-Booker guideline?  You're just looking for a variance,

19    correct?

20         MS. MAHER:  Yes, your Honor.

21         THE COURT:  So just to be clear I've considered

22    whether there's an appropriate basis for a downward departure

23    from the advisory range within the guidelines, and by that I

24    mean a pre-Booker departure.  While recognizing that I have the

25    authority to depart, I do not find any grounds warranting such

F8C9XIAS

1    a departure under the guidelines.

2              But as to a variance, I'm happy to hear from the

3    parties.  Would the government like to be heard with respect to

4    sentencing?

5              MS. MERMELSTEIN:  Very briefly, your Honor.

6              I think the court is already aware of the government's

7    view with regard to the propriety of crafting a sentence for

8    the purpose of assisting the defendant in avoiding the

9    otherwise applicable immigration consequences.  When I say

10   "propriety," I'm not in any way suggesting your Honor isn't --

11   can't do that if your Honor wants to.  But the concept of

12   crafting a sentence to avoid those immigration consequences I

13   think is inappropriate in an immigration fraud case.  I will

14   note that since the last time we appeared before your Honor

15   U.S. CIS, United States Citizenship and Immigration Services,

16   has hired 34 additional personnel to handle the fallout from

17   this case.  And part of what that means is recalling three

18   thousand granted asylum applications on the basis of fraud to

19   take away the asylum.  And those individuals, because many of

20   them were here illegally, will then be placed in deportation

21   proceedings.  So people who otherwise could have stayed under

22   the radar through this fraud applied for asylum and many, many,

23   many of them will be deported.  I imagine not all.  Many.  So

24   the government doesn't feel that this defendant should get some

25   benefit that those people will not be eligible for.

F8C9XIAS

1              In any event, recognizing that your Honor doesn't

2        share the government's view, I would say only two things with

3        regard to the defendant's request.  First, I can see no reason

4        for the defendant to be given a sentence of time served, which

5        would be a slightly lower sentence than what he would have

6        received if he had been given a year and a day with good time.

7        Your Honor, in sentencing Lillian Miao, gave her eleven months

8        on this exact same request.

9              THE COURT:  She was more culpable, correct?

10              MS. MERMELSTEIN:  Well I think that in the

11       government's view she was.  They originally sort of -- I think

12       your Honor intended to originally give them the same sentence.

13              But to the extent that the intent in this proceeding

14       is to change the defendant's originally imposed sentencing to

15       make him not an aggravated felon, I don't think there's any

16       change since the original sentencing that warrants a further

17       benefit beyond that.  So I think that there is no particular

18       reason he shouldn't be given a sentence where he'll be released

19       on August 23, 2015 as he would otherwise have done.

20              And then finally I think supervised release is

21       appropriate in this case.  I think that this is a defendant for

22       many years, his employment was entirely fraudulent.  And it

23       would be a good idea for probation and for the court to keep an

24       eye on him in the immediate time of his release, especially as

25       he's likely to now remain in the country.

F8C9XIAS

1          THE COURT:  Would you like to be heard?

2          MS. MAHER:  Yes, your Honor.

3          First, I just would like to state that this is the

4     first time I'm hearing the government's opposition to the

5     sentence that we requested.  I didn't receive anything in

6     writing, I don't know if anything was filed, with regard to the

7     public policy reasons and the specific reasons that are being

8     advocated against a sentence of time served.

9          I will state that we are still seeking that.  Mr. Xia

10    has been incarcerated, by my count, for ten months and two

11    days.  He is actually, my understanding, due to be released on

12    August 21 which is nine days from now.  And we feel that for

13    the reasons we specified in our July 31 supplemental submission

14    that he -- a sentence of time served would be a fair and

15    appropriate sentence in this case as well as without a term of

16    supervised release.  He was a very low level person within this

17    organization.  He was less culpable unanimous Ms. Miao.  The

18    government's statement now is a little confusing to me because

19    the record seems clear that it was acknowledged that she was

20    more culpable.  Her guidelines were significantly higher or

21    certainly not significantly but certainly higher than Mr. Xia's

22    guidelines.  She was a total offense level of 18.  Her

23    guideline range was 27 to 33 months.  And your Honor sentenced

24    her to 11 months.  And to have Mr. Xia released ten months and

25    two days into his sentence would be proportional with what she

F8C9XIAS

1    was given.

2           While we understand that deportation is not within

3    this court's control, we would also request that the court

4    acknowledge, as it did in Ms. Miao's case, that there appears

5    no need for Mr. Xia to be deported.  That was stated on the

6    record in Ms. Miao's case.  And she, again, was more culpable

7    than Mr. Xia was.  And Mr. Xia spent over ten months in

8    incarceration.  It's clear that he did not present a danger to

9    society before and he doesn't present one now.  He's extremely

10   remorseful for his actions.  He's sought to rehabilitate

11   himself to the extent possible in prison notwithstanding this

12   severe language barrier which he suffers from.  And as the

13   court is well aware, deportation would forever separate him

14   from his wife and two daughters who are all now U.S. citizens.

15   His other daughter is also a U.S. citizen.  So for the record

16   to reflect that there appears no need for him to be deported as

17   it did with Ms. Miao, we would request that, because if he is

18   put in removal proceedings that may matter to the immigration

19   court.

20          Basically I'll rely otherwise on what we've already

21   submitted to avoid repeating myself.  But I would ask the

22   court, since Mr. Xia did not have the opportunity previously to

23   address the court, that if the court would allow Mr. Xia to

24   speak briefly now.

25          THE COURT:  Yes, of course.

10

F8C9XIAS

```
 1              MS. MAHER:  Also his daughter -- again this is -- the
 2    court would allow her, his older daughter, to briefly address
 3    the court as well.
 4              THE COURT:  I'll hear from him.  He's entitled to
 5    speak.  And I'm happy to hear from him.  And I'm happy to hear
 6    briefly from his daughter as well.
 7              MS. MAHER:  Thank you, your Honor.
 8              THE COURT:  Mr. Xia, would you like to be heard today?
 9              MS. MAHER:  His English is very limited.
10              THE COURT:  That's why he has an interpreter.
11              THE DEFENDANT:  Yes, your Honor, I would like to say
12    something.
13              THE COURT:  Go ahead.
14              THE DEFENDANT:  Your Honor.
15              THE COURT:  Wait for the interpreter to interpret,
16    please.
17              THE DEFENDANT:  Your Honor, thank you for listening to
18    me.
19              THE DEPUTY CLERK:  Mr. Chang, can you use the
20    microphone.
21              THE COURT:  Thank you.
22              THE DEFENDANT:  Thank you, your Honor.  Thank you for
23    listening to me.
24              I also thank you for the opportunity to have my
25    sentence revised.  I'm really sorry for the wrongdoings I
```

F8C9XIAS

1    committed in the past.  I have never been resentful of the

2    sentence I received for all the time I'm in the prison for the

3    last ten months.  I think it's the punishment that I deserve

4    for the wrongdoings that I have committed.  I have also made my

5    family suffer and punished for my wrongdoings.  My wife and my

6    two daughters are American citizens now.  My wife is in poor

7    health.  My two daughters are still in school.  My youngest

8    sister is not grown up yet.  I love them dearly.  I am the only

9    economic support to my family.  They are -- I am their

10   spiritual support.  I plead to you, your Honor, would you

11   please consider this is my first crime committed.  If you can

12   terminate my punishment to be now.  If you can allow me to

13   continue to live with my own family.  I would like to continue

14   to support them.  I can see my daughters finish their school

15   and they can start their own careers.  I would really plead you

16   to spare me the pain of being segregated from my family and can

17   never see them again.  Me and my family will be grateful to

18   your kindness to us.  Thank you.

19           THE COURT:  I understand that one of Mr. Xia's

20   daughters would like to be heard.

21           MS. MAHER:  Yes, your Honor, Deena.  She goes by the

22   name of Deena.

23           THE COURT:  Deena, is there something you'd like to

24   say today?

25           MS. XIAOMENG XIA:  Yes.

F8C9XIAS

1          THE COURT:  Why don't you have her speak at the

2    podium.  We just want to be able to hear you and take your

3    time.

4          Go ahead.

5          MS. XIAOMENG XIA:  Your Honor, my name is Xiaomeng

6    Xia.  The defendant is my father.  My father is a good, caring,

7    and responsible person.  He always want to -- waiting to help

8    others.  He works very hard to support our family.  And he

9    tries his best to give my sister and I the opportunity to

10   obtain school without worrying about our family's financial

11   hardship.  My mother is suffering from poor health.  It is my

12   father who always take care of her.

13         THE COURT:  Take your time.  Take a deep breath.

14         MS. XIAOMENG XIA:  Many times my father comes out in

15   the middle of the night to prepare medicines for my mother.

16   Almost every morning in the school year my father gets up very

17   early to drive my sister to the train station and he also picks

18   me up at the bus stop if I came home from school very late

19   because he's worried about our safety.  My father is not only a

20   good father and a good husband, he also takes care of my

21   grandparents very well.  The immigration officers already

22   noticed my father.  I am so worried that my father will be

23   deported to China, that he will leave our family alone.  Today

24   my mother misses him and I am here to beg your Honor, please,

25   give my father a chance to let him stay with us.  My family is

 1    not a family anymore if we are without my father.

 2              THE COURT:  Thank you.

 3              MS. XIAOMENG XIA:  Thank you.

 4              THE COURT:  Thank you for speaking today.  I'm sure it

 5    meant a lot for your father to hear you speak about him so

 6    movingly.

 7              As you all know, I don't have control over immigration

 8    and whether or not Mr. Xia is deported.  I will say that I

 9    don't have any reason to believe that he poses a danger to the

10    community in any way.

11              Is there any reason why sentence cannot be imposed at

12    this time?

13              MS. MERMELSTEIN:  No, your Honor.

14              MS. MAHER:  No, your Honor.

15              THE COURT:  As I've stated, the guidelines range

16    applicable to this case is 18 to 24 months in prison.  Under

17    the Supreme Court's decision in Booker and its progeny the

18    guidelines are only one factor that I must consider in

19    determining an appropriate sentence.  I'm also required to

20    consider the other factors set forth in the provision of the

21    law that we've discussed, 18 United States Code Section

22    3553(a).  I have done so.

23              I have already state my reasons previously for giving

24    Mr. Xia a sentence of one year and one day and I incorporate

25    all of those statements herein.  Among those reasons were the

F8C9XIAS

1    seriousness of the offense with which I agree with the

2    government.  The defendant's role, which while important, was

3    limited compared to a number of other defendants in this case

4    and his lack of criminal history.

5             One factor I did not considerate in the original

6    sentencing, however, is the impact that mandatory deportation

7    would have should Mr. Xia qualify as an aggravated felon under

8    the INA.  I am considering that now, as I believe I'm permitted

9    to consider it, because I'm permitted to consider potential

10   immigration consequences under the Thavaraja case.

11            I've also considered the need to avoid unwarranted

12   sentencing disparities among defendants with similar records

13   who have been found guilty of similar conduct, and I have done

14   so, including Ms. Miao, who I do believe is more culpable, and

15   others that I have sentenced in this case.  She, like Mr. Xia,

16   was facing mandatory deportation if she received a sentence of

17   a year or more.

18            Mr. Xia, please rise for the imposition of sentence.

19            It's the judgment of this court that you be sentenced

20   to a term of time served.

21            It's to be followed by a term of supervised release of

22   three years.

23            I do believe a term of supervised release is

24   appropriate here.

25            I am not imposing a fine because I am convinced that

F8C9XIAS

1    Mr. Xia cannot afford one.

2              I assume the $100 special assessment which must be

3    imposed, I'm imposing, has already been paid; is that correct?

4              THE DEFENDANT:  Yes.

5              THE COURT:  So in any event that is part of the

6    sentence.  It's already been paid.

7              I believe that this sentence is sufficient but not

8    greater than necessary to comply with the purposes of

9    sentencing set forth in the law.

10             The standard conditions of supervised release shall

11   apply.

12             I'm also imposing the following mandatory and special

13   conditions of supervised release.

14             In terms of the mandatory conditions, the defendant

15   shall not commit another federal, state, or local crime; shall

16   not illegally possess a controlled substance; shall not possess

17   a firearm or destructive device.  The mandatory drug testing

18   condition is suspended based on the court's determination that

19   the defendant poses a low risk of future substance abuse.  And

20   the defendant shall cooperate in the collection of DNA as

21   directed by the probation officer.

22             In addition, I'm imposing the following special

23   conditions of supervised release.  The defendant shall obey the

24   immigration laws and comply with the directives of the

25   immigration authorities.  He shall submit his person,

F8C9XIAS

1    residence, place of business, vehicle, or any other premises

2    under his control to a search on the basis that the probation

3    officer has a reasonable belief that contraband or evidence of

4    a violation of the conditions of release may be found.  The

5    search must be conducted at a reasonable time and in a

6    reasonable manner.  Failure to submit to a search may be

7    grounds for revocation.  The defendant shall inform other

8    residents that the premises may be subject to search pursuant

9    to this condition.

10            He is to report to the nearest probation office within

11   72 hours of release from custody.  And be supervised in the

12   district of his residence.

13            Finally -- you may be seated.  I do want to address

14   forfeiture.

15            Ms. Maher, would you like to be heard on this.

16            MS. MAHER:  Yes, your Honor.  For the reasons I stated

17   previously with respect to fines, Mr. Xia is not financially in

18   a position to pay even a fine.  Any forfeiture would be

19   impossible for him to pay.  And his family is relying on him

20   for support so there would be no means for them to assist with

21   it.  I would ask that under the circumstances any forfeiture

22   that he would be responsible for would be reduced to zero if

23   possible.

24            THE COURT:  Well, I am going to impose -- thank you.

25   Would the government like to be heard with respect to

F8C9XIAS

1    forfeiture?  I'll just tell you I'm inclined to follow the

2    method that I followed in previous sentences.

3             MS. MERMELSTEIN:  We have no objection to that.

4             THE COURT:  So I am going to impose a sentence that

5    includes forfeiture, but it's going to be less than the

6    forfeiture that was previously imposed.

7             Now, as I've said repeatedly at prior sentences, the

8    calculation of forfeiture amounts is not an exact science.

9    There was evidence at trial that the Bandrich firm filed

10   approximately 480 applications between 2010 and 2012 out of the

11   total 1800 filed by the conspiracy.  From Special Agent

12   DeGraff's affidavit we know that 1,610 of those applications

13   were granted.  Victor You and Meng Fei Yu testified that

14   substantially all of these applications were fraudulent.  See

15   the trial transcript at 510, 1206.  Taking Meng Fei Yu's

16   conservative estimate that 90 percent of the applications were

17   fraudulent, that means that approximately 1,449 fraudulent

18   applications were granted.  Looking only at Bandrich, that

19   results in roughly 386 fraudulent grants.

20            Mr. Xia worked at Bandrich beginning in July of 2011,

21   for about half of the period from 2010 through 2012.  That's

22   approximately 193 fraudulent applications were granted during

23   the period when Mr. Xia was working at the Bandrich firm.

24   Given his role as a paralegal at the Bandrich firm, I find all

25   of these applications were reasonably foreseeable to him.  See

F8C9XIAS

1    the Contorinis case, 692 F.3d at 147.

2             As I did with previous sentences, I'm going to be

3    conservative, apply the 50 percent discount factor as suggested

4    by one of the government lawyers to the $10,000 proceeds

5    figure.  I acknowledge that this is a low estimate.  But I'm

6    going to multiply the 193 applications by $5,000 of proceeds

7    per application, yielding a forfeiture amount of $965,000.

8             So I expect the government to submit an amended

9    preliminary order of forfeiture money judgment accordingly.

10            Does either counsel know of any legal reason why this

11   sentence cannot be imposed as stated?

12            MS. MERMELSTEIN:  No, your Honor.

13            MS. MAHER:  No, your Honor.

14            THE COURT:  All right.  This sentence as stated is

15   imposed.  That's the sentence of this court.

16            Mr. Xia, you have a right to appeal your conviction of

17   sentence except to whatever extent you may have not already

18   waived that right.  The notice of appeal must be filed within

19   14 days of the judgment of conviction.  If you're not able to

20   pay the costs of an appeal, you must apply for leave to appeal

21   in forma pauperis.  If you request, the clerk of court will

22   prepare and file a notice of appeal on your behalf.

23            I am going to sign the order today which indicates

24   that the court imposed a sentence of time served on the

25   defendant.  And it is hereby ordered that he should be released

F8C9XIAS

1    from the custody of the United States marshal subject to any

2    warrants and detainers.

3             Is there a detainer?

4             MS. MERMELSTEIN:  I don't believe so, your Honor.

5             THE COURT:  So I have signed this and will be giving

6    these forms to the marshals.

7             Are there any other applications?

8             MS. MERMELSTEIN:  No, your Honor.

9             MS. MAHER:  No, your Honor.

10            THE COURT:  Thank you.  Good luck to you, Mr. Xia.

11            (Adjourned)

12

13

14

15

16

17

18

19

20

21

22

23

24

25